ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Emerson Development VIII, LLC | ) | ASBCA No.    61962 |
| | ) | |
| Under Contract Nos.    DACA-31-5-2014-0305 | ) | |
|                       DACA-31-5-2015-0404 | ) | |

APPEARANCE FOR THE APPELLANT:            Terrence M. O'Connor, Esq.
                                           Berenzweig Leonard, LLP
                                           McLean, VA

APPEARANCES FOR THE GOVERNMENT:         Michael P. Goodman, Esq.
                                           Engineer Chief Trial Attorney
                                         Michael T. Shields, Esq.
                                           Engineer Trial Attorney
                                           U.S. Army Engineer District, Baltimore

ORDER OF DISMISSAL

The appeal has been settled. The parties jointly stipulate to dismiss this appeal pursuant to Rule 18(b) of the Rules of the Armed Services Board of Contract Appeals. Accordingly, this appeal is hereby dismissed without prejudice. Unless either party or the Board acts to reinstate the appeal within 180 days from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: October 2, 2020

_____
CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61962, Appeal of Emerson Development VIII, LLC, rendered in conformance with the Board's Charter.

Dated:  October 6, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals